■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DOUGLAS MATSON, Respondent.—Judgment insofar as it imposes sentence unanimously reversed on the law and matter remitted to Supreme Court for resentencing, in accordance with the following Memorandum: We disagree with Supreme Court's conclusion that imposition of the statutorily-mandated sentence of one to three years in prison would be unconstitutional as applied to defendant. This is not one of those "rare case[s]" in which, considering the nature of the crime and the background and character of the offender, defendant cannot be sentenced to the statutory minimum term *(People v Broadie,* 37 NY2d 100, 119, *cert denied* 423 US 950; *People v Clark,* 176 AD2d 1206; *People v Escobales,* 146 Misc 2d 573). (Appeal from Judgment of Supreme Court, Erie County, Doyle, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Callahan, A. P. J., Denman, Pine, Balio and Lawton, JJ.

■ JERRY L. TOMS, Individually and Doing Business as JT's AERO MAINTENANCE, Appellant, v ESTATE OF STEPHEN B. HUGHES et al., Respondents.—Order unanimously affirmed with costs. Memorandum: Supreme Court properly directed a change of venue from Monroe to Genesee County where, as here, the county designated as the place of trial was not a proper county *(see,* CPLR 510 [1]). Plaintiff's sole basis for laying venue in Monroe County was that the principal office of his individually owned business was in that county *(see,* CPLR 503 [d]). The record, however, does not support that basis. The records of the State Department of Taxation and Finance list plaintiff's residence in Genesee County as the business address, and there is no telephone listing for plaintiff's business in Monroe County. The fact that plaintiff shares office space and the use of a phone with an unidentified person or entity in Rochester for business activities is insufficient to demonstrate that such an arrangement is the principal office of the business involved in this action. (Appeal from Order of Supreme Court, Monroe County, Calvaruso, J.—Change of Venue.) Present—Callahan, A. P. J., Denman, Pine, Balio and Lawton, JJ.